UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

KARI ALLEN,            :    Chapter 13
AMARILYS ALLEN,        :
                       :
        Debtors        :    Bankruptcy No: 19-12170

ORDER

*AND NOW*, upon consideration of the Motion of the Debtors to Extend the Deadlines, it is **ORDERED** and **DECREED** that the Debtors are **GRANTED** to file the required documents by May 10, 2019.

4/22/19

BY THE COURT:

*Richard E. Fehling,*
*U.S. BANKRUPTCY JUDGE*