United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 19-12170-ref
Kari R. Allen                                                           Chapter 13
Amarilys Soto Allen
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: SaraR              Page 1 of 1              Date Rcvd: Apr 23, 2019
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2019.
db/jdb         +Kari R. Allen,    Amarilys Soto Allen,    1018 Helm Ln,    Reading, PA 19605-3301

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 23, 2019 at the address(es) listed below:
       JOSEPH T. BAMBRICK, JR.    on behalf of Debtor Kari R. Allen NO1JTB@juno.com
       JOSEPH T. BAMBRICK, JR.    on behalf of Joint Debtor Amarilys Soto Allen NO1JTB@juno.com
       KEVIN G. MCDONALD    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
       SCOTT WATERMAN    ECFmail@fredreiglech13.com, ECF_FRPA@Trustee13.com
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                 TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| KARI ALLEN, | : | Chapter 13 |
| AMARILYS ALLEN, | : | |
| | : | |
| Debtors | : | Bankruptcy No: 19-12170 |

## ORDER

*AND NOW*, upon consideration of the Motion of the Debtors to Extend the Deadlines, it is **ORDERED** and **DECREED** that the Debtors are **GRANTED** to file the required documents by May 10, 2019.

4/22/19

BY THE COURT:

_____
*Richard E. Fehling,*
*U.S. BANKRUPTCY JUDGE*