# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re: **Kari R. Allen**
**Amarilys Soto Allen**
Debtor(s)

Case No. **19-12170**
Chapter **13**

## VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: **May 10, 2019**          **/s/ Kari R. Allen**
                                **Kari R. Allen**
                                Signature of Debtor

Date: **May 10, 2019**          **/s/ Amarilys Soto Allen**
                                **Amarilys Soto Allen**
                                Signature of Debtor