*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Kari R. Allen and Amarilys Soto Allen
    Debtor(s)

Case No: 19–12170–elf
Chapter: 13

---

# NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank , United States Bankruptcy Judge to consider:

Motion to Avoid Lien with CPR Restoration & Cleaning Services LLC Filed by Amarilys Soto Allen, Kari R. Allen Represented by JOSEPH T. BAMBRICK JR.

\*\*Hearing rescheduled from 6/6/2019 at 09:30 AM
to 6/13/2019 at 10:00 AM\*\*

    on: 6/13/19

    at: 10:00 AM

    in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Date: 5/29/19

Timothy B. McGrath
Clerk of Court

26 – 22
Form 167