United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Kari R. Allen  
Amarilys Soto Allen  
    Debtors

Case No. 19-12170-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: SaraR      Page 1 of 2      Date Rcvd: May 29, 2019  
                       Form ID: 167      Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 31, 2019.

```
db/jdb         +Kari R. Allen,    Amarilys Soto Allen,    1018 Helm Ln,    Reading, PA 19605-3301
14323346       +Arcadia Recovery Bureau,    PO Box 70256,    Philadelphia, PA 19176-0256
14307115       +BANK OF AMERICA, N.A.,    C/O Kevin G. McDonald,    701 Market Street, Suite 5000,
                 Philadelphia, PA. 19106-1541
14328051       +BELLCO FCU,    RA Rogers Inc,    Po Box 3302,    Crofton, MD 21114-0302
14323348       +Bank Of America,    2479 Edison Blvd Unit A,    Twinsburg, OH 44087-2476
14323347        Bank of America,    Payoff Department,    PO Box 31785,    Tampa, FL 33631-3785
14312480       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
14323349       +Bellco FCU,    600 Spring Street,    Reading, PA 19601
14323351       +CPR Restoration & Cleaning Service,    J. Scott Watson, Esq.,    24 Regency Plaza,
                 Glen Mills, PA 19342-1001
14323354       +Home Depot Credit,    PO ox 9001010,    Louisville, KY 40290-1010
14323355       +Jeff Blank,    22 N. Prile Street,    Pottstown, PA 19464-4912
14323357       +Patient First,    PO Box 758941,    Baltimore, MD 21275-8941
14323358       +Reading Heaklth System,    PO Box 70894,    Philadelphia, PA 19176-5894
14323359        Reading Hospital,    450 S 5th Ave,    Reading, PA 19611
14323360       +Reading Pediatrics Inc,    541 W Penn Ave,    PO Box 177,    Robesonia, PA 19551-0177
14323363        Retirement Services,    1525 W Harrisburg Blvd,    D1116-056,    Charlotte, NC 28262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
14323350       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 30 2019 02:58:55      Capital One,
                 PO Box 71083,    Salt Lake City, UT 84171-0083
14324755       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 30 2019 02:56:46
                 Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14323353       +E-mail/PDF: gecsedi@recoverycorp.com May 30 2019 02:58:57      Gap,    Two Folsom,
                 San Francisco, CA 94105-1205
14323356       +E-mail/Text: bankruptcydpt@mcmcg.com May 30 2019 02:50:38      Midland Funding Credit,
                 2365 Northside Drive,    Suite 300,    San Diego, CA 92108-2709
14308920        E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 30 2019 02:50:24
                 Pennsylvania Department of Revenue,    Bankruptcy Division P O Box 280946,
                 Harrisburg PA  17128-0946
14328050       +E-mail/Text: bankruptcy@rarogersinc.com May 30 2019 02:51:08      RA Rogers INC,    PO BOX 3302,
                 Crofton, MD 21114-0302
14323362       +E-mail/Text: mtg.bankruptcy@regions.com May 30 2019 02:50:39      Regions Mortgage,
                 PO Box 18001,    Hattiesburg, MS 39404-8001
                                                                                              TOTAL: 7
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14323352        Direct Tv/ Diversified Consultant,    PO Box 551268,    VA 22255
14323361        Reading Water Authority
14323364        THD-CBNA
                                                                                   TOTALS: 3, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 29, 2019 at the address(es) listed below:

```
          JOSEPH T. BAMBRICK, JR.    on behalf of Debtor Kari R. Allen NO1JTB@juno.com
          JOSEPH T. BAMBRICK, JR.    on behalf of Joint Debtor Amarilys Soto Allen NO1JTB@juno.com
          KEVIN G. MCDONALD    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
          SCOTT F. WATERMAN (Chapter 13)     ECFMail@ReadingCh13.com,  ecf_frpa@trustee13.com
          SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
           ECFMail@ReadingCh13.com,  ecf_frpa@trustee13.com
```

```
District/off: 0313-4          User: SaraR              Page 2 of 2              Date Rcvd: May 29, 2019
                              Form ID: 167             Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                                                         TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Kari R. Allen and Amarilys Soto Allen
    Debtor(s)

Case No: 19−12170−elf
Chapter: 13

# NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank , United States Bankruptcy Judge to consider:

Motion to Avoid Lien with CPR Restoration & Cleaning Services LLC Filed by Amarilys Soto Allen, Kari R. Allen Represented by JOSEPH T. BAMBRICK JR.

\*\*Hearing rescheduled from 6/6/2019 at 09:30 AM
to 6/13/2019 at 10:00 AM\*\*

on: 6/13/19

at: 10:00 AM

in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Date: 5/29/19

Timothy B. McGrath
Clerk of Court

26 − 22
Form 167