**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    KARI ALLEN,    :    Chapter 13
    AMARILYS ALLEN,    :
        Debtor    :    Bankruptcy No: 19-12170

**CERTIFICATE OF NO RESPONSE**

I, Joseph T. Bambrick, Jr., Esquire, hereby certify that on July 11, 2019 a copy of the Notice of Hearing and Response Date with a response deadline of August 16, 2019, was mailed via First Class Mail and/or e-mailed to all the parties in this matter and/or who have participated in this action. I have not received any objections from any of the parties of interest objecting to the Motion filed by Joseph T. Bambrick, Jr., Esquire, on behalf of Kari & Amarilys Allen.

Dated: August 19, 2019

    /s/Joseph Bambrick
Joseph T. Bambrick, Jr., Esquire
Attorney ID 45112
529 Reading Avenue
West Reading, PA  19611
610/372-6400