UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
:     Chapter 13
Kari & Amarilys Allen,            :
    Debtor                     :     Bankruptcy No: 19-12170

---

CPR Restoration & Cleaning Services LLC,    :
:
    Respondent               :
:
v.                                :
:
Kari & Amarilys Allen,             :
:
    Movant                    :

## O R D E R

**AND NOW,** upon motion of Debtor to avoid an alleged judicial lien (CV-80-14, Magisterial District Court MDJ-23-1-06, Berks County, Pennsylvania) or non possessory, nonpurchase money security interest of CPR Restoration & Cleaning Services LLC in Debtor's exempt real or personal property located at 1018 Helm Lane, Reading, PA 19605, and upon Debtor having asserted that the alleged lien is subject to avoidance pursuant to Section 522(f)(1), 11 U.S.C. § 522(f)(1), and upon the Debtors having certified that adequate notice of the motion was sent to the lienholder and that no answer or other response to the motion has been filed,

IT IS HEREBY **ORDERED** that the motion is granted by default and the above judicial lien and/or a nonpossessory, nonpurchase money security interest of Midland

Funding, L.L.C., if any, in the Debtor's real or personal property located at 1018 Helm Lane, Reading, PA 19605 is avoided to the extent that it impairs Debtor's exemption.

IT IS FURTHER **ORDERED**, pursuant to Section 349(b)(1)(B), 11 U.S.C. § 349 (b)(1)(B), that dismissal of this case reinstates any lien voided under section 522.

Date: 8/29/19

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**