United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Kari R. Allen  
Amarilys Soto Allen  
    Debtors

Case No. 19-12170-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4   User: SaraR   Page 1 of 1   Date Rcvd: Aug 29, 2019  
    Form ID: pdf900   Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2019.
```
db/jdb         +Kari R. Allen,    Amarilys Soto Allen,    1018 Helm Ln,    Reading, PA 19605-3301
14323351       +CPR Restoration & Cleaning Service,    J. Scott Watson, Esq.,    24 Regency Plaza,
                 Glen Mills, PA 19342-1001
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.   TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2019   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2019 at the address(es) listed below:
```
              JOSEPH T. BAMBRICK, JR.    on behalf of Debtor Kari R. Allen NO1JTB@juno.com
              JOSEPH T. BAMBRICK, JR.    on behalf of Joint Debtor Amarilys Soto Allen NO1JTB@juno.com
              KEVIN G. MCDONALD    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
              SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
```
    TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              :        Chapter 13
Kari & Amarilys Allen,                              :
    Debtor                        :        Bankruptcy No: 19-12170

---

CPR Restoration & Cleaning Services LLC,            :
                                                    :
    Respondent                    :
                                                    :
v.                                                  :
                                                    :
Kari & Amarilys Allen,                              :
                                                    :
    Movant                        :

## ORDER

**AND NOW,** upon motion of Debtor to avoid an alleged judicial lien (CV-80-14, Magisterial District Court MDJ-23-1-06, Berks County, Pennsylvania) or non possessory, nonpurchase money security interest of CPR Restoration & Cleaning Services LLC in Debtor's exempt real or personal property located at 1018 Helm Lane, Reading, PA 19605, and upon Debtor having asserted that the alleged lien is subject to avoidance pursuant to Section 522(f)(1), 11 U.S.C. § 522(f)(1), and upon the Debtors having certified that adequate notice of the motion was sent to the lienholder and that no answer or other response to the motion has been filed,

IT IS HEREBY **ORDERED** that the motion is granted by default and the above judicial lien and/or a nonpossessory, nonpurchase money security interest of Midland

Funding, L.L.C., if any, in the Debtor's real or personal property located at 1018 Helm Lane, Reading, PA 19605 is avoided to the extent that it impairs Debtor's exemption.

IT IS FURTHER **ORDERED**, pursuant to Section 349(b)(1)(B), 11 U.S.C. § 349(b)(1)(B), that dismissal of this case reinstates any lien voided under section 522.

Date: 8/29/19

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**