UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                              :

KARI R. ALLEN
AMARILYS SOTO ALLEN
                                                                    : Chapter 13

            Debtor(s)                                     : Bankruptcy No. 19-12170ELF

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Scott F. Waterman, Standing Chapter 13 Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: February 20, 2020**

_____
Eric L. Frank,
U.S. Bankruptcy Judge