United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                     Case No. 19-12170-elf
Kari R. Allen                                                              Chapter 13
Amarilys Soto Allen
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4        User: John              Page 1 of 2              Date Rcvd: Feb 20, 2020
                            Form ID: pdf900         Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 22, 2020.
db/jdb         +Kari R. Allen,   Amarilys Soto Allen,   1018 Helm Ln,   Reading, PA 19605-3301
smg            +Bureau of Audit and Enforcement,   City of Allentown,   435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,   Eighth and Washington Streets,   Reading, PA  19601
smg            +Dun & Bradstreet, INC,   3501 Corporate Pkwy,   P.O. Box 520,   Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,   17 South Seventh Street,   Allentown, PA 18101-2401
smg            +Tax Claim Bureau,   633 Court Street,   Second Floor,   Reading, PA 19601-4300
14323346       +Arcadia Recovery Bureau,   PO Box 70256,   Philadelphia, PA 19176-0256
14307115       +BANK OF AMERICA, N.A.,   C/O Kevin G. McDonald,   701 Market Street, Suite 5000,
                 Philadelphia, PA. 19106-1541
14328051       +BELLCO FCU,   RA Rogers Inc,   Po Box 3302,   Crofton, MD 21114-0302
14323348       +Bank Of America,   2479 Edison Blvd Unit A,   Twinsburg, OH 44087-2476
14323347        Bank of America,   Payoff Department,   PO Box 31785,   Tampa, FL 33631-3785
14341438        Bank of America, N.A.,   PO Box 31785,   Tampa, FL 33631-3785
14312480       +Bank of America, N.A.,   P O Box 982284,   El Paso, TX 79998-2284
14323349       +Bellco FCU,   600 Spring Street,   Reading, PA 19601
14323351       +CPR Restoration & Cleaning Service,   J. Scott Watson, Esq.,   24 Regency Plaza,
                 Glen Mills, PA 19342-1001
14323354       +Home Depot Credit,   PO ox 9001010,   Louisville, KY 40290-1010
14323355       +Jeff Blank,   22 N. Prile Street,   Pottstown, PA 19464-4912
14323357       +Patient First,   PO Box 758941,   Baltimore, MD 21275-8941
14323358       +Reading Heaklth System,   PO Box 70894,   Philadelphia, PA 19176-5894
14323359        Reading Hospital,   450 S 5th Ave,   Reading, PA 19611
14323360       +Reading Pediatrics Inc,   541 W Penn Ave,   PO Box 177,   Robesonia, PA 19551-0177
14323363        Retirement Services,   1525 W Harrisburg Blvd,   D1116-056,   Charlotte, NC 28262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 21 2020 03:30:16    U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
14323350       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 21 2020 03:31:08    Capital One,
                 PO Box 71083,   Salt Lake City, UT 84171-0083
14324755       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 21 2020 03:31:23
                 Capital One Bank (USA), N.A.,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
14336570       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 21 2020 03:31:23    Directv, LLC,
                 by American InfoSource as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
14323353       +E-mail/PDF: gecsedi@recoverycorp.com Feb 21 2020 03:31:08    Gap,   Two Folsom,
                 San Francisco, CA 94105-1205
14323356       +E-mail/Text: bankruptcydpt@mcmcg.com Feb 21 2020 03:30:09    Midland Funding Credit,
                 2365 Northside Drive,   Suite 300,   San Diego, CA 92108-2709
14308920        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 21 2020 03:30:05
                 Pennsylvania Department of Revenue,   Bankruptcy Division P O Box 280946,
                 Harrisburg PA  17128-0946
14328050       +E-mail/Text: bankruptcy@rarogersinc.com Feb 21 2020 03:30:25    RA Rogers INC,   PO BOX 3302,
                 Crofton, MD 21114-0302
14323362       +E-mail/Text: mtg.bankruptcy@regions.com Feb 21 2020 03:30:10    Regions Mortgage,
                 PO Box 18001,   Hattiesburg, MS 39404-8001
                                                                                              TOTAL: 9

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14323352        Direct Tv/ Diversified Consultant,   PO Box 551268,   VA 22255
14323361        Reading Water Authority
14323364        THD-CBNA
smg*            Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
                                                                                   TOTALS: 3, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2020                       Signature:  /s/Joseph Speetjens

```
District/off: 0313-4          User: John              Page 2 of 2             Date Rcvd: Feb 20, 2020
                              Form ID: pdf900         Total Noticed: 31
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 20, 2020 at the address(es) listed below:
              JOSEPH T. BAMBRICK, JR.    on behalf of Debtor Kari R. Allen NO1JTB@juno.com
              JOSEPH T. BAMBRICK, JR.    on behalf of Joint Debtor Amarilys Soto Allen NO1JTB@juno.com
              KEVIN G. MCDONALD    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              ROLANDO   RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ecfmail@readingch13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 7
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                :

KARI R. ALLEN
AMARILYS SOTO ALLEN
                                                     : Chapter 13

        Debtor(s)                            : Bankruptcy No. 19-12170ELF

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Scott F. Waterman, Standing Chapter 13 Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: February 20, 2020**

_____
Eric L. Frank,
U.S. Bankruptcy Judge